**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**VIRGIL TALLEY,**
   **Plaintiff,**

vs.               **Case No. 3:08cv278/RV/MD**

**UNITED STATES OF AMERICA, et al.,**
   **Defendants.**

_____

**ORDER**

  This cause is before the court upon referral from the Clerk. On July 25, 2008 plaintiff filed an application for leave to proceed *in forma pauperis* in this civil case. (Doc. 4). Attached to the application are what appear to be certified copies of a State of Florida Uniform Commercial Code Financing Statement Form (number 200500731770) and a related UCC Financing Statement Amendment Form (number 200603109134). The UCC forms identify United States Attorney Gregory Miller and Assistant United States Attorney Benjamin Beard as plaintiff's debtors, indicate that plaintiff has a security interest in all of their assets, and identify certain real and personal property of Miller and Beard with particularity. Plaintiff attached the documents in response to two questions on the IFP application: one requiring him to disclose whether he receives any money from gifts, inheritances or any other sources; and the second requiring him to describe any real estate, stocks, bonds, notes, automobiles, boats or other valuable property he owns. In other words, plaintiff is representing to the court that he owns of a security interest in the assets, land and personal property of USA Miller and AUSA Beard.

  The court takes judicial notice of its own records in *United States v. Virgil Talley*, Case Number 3:06cr448/RV. In that case, plaintiff was convicted of one count of

conspiracy and two counts of obstruction of justice stemming, in part, from plaintiff causing to be filed in the Florida Secured Transaction Registry a Form UCC-1, falsely claiming that he had a security interest in the assets, land, and personal property of United States Attorney Gregory Miller, and Assistant United States Attorney Benjamin Beard. (*See* Case No. 3:06cr448/RV, docs. 71, 102, 110). Plaintiff was sentenced on October 30, 2007 to a term of 57 months imprisonment as to each count, with each term to run concurrent with the other and to run consecutive to the judgment entered in criminal Case Number 3:96cr65-08/LAC. That same date, the sentencing judge entered the following order:

>   (1) the invalid liens filed by the defendant [Virgil Talley] against United States Attorney Gregory Miller and Assistant U.S. Attorney Benjamin Beard (that is, State of Florida Uniform Commercial Code Financing Statement forms, numbers 200508693002 and 200500731770 (and related amendment)), are null, void, and of no legal effect;
>
>   (2) the invalid liens filed against United States Attorney Gregory Miller and Assistant U.S. Attorney Benjamin Beard by the defendant shall be expunged; and
>
>   (3) the defendant and his agents are permanently enjoined from serving, filing, or recording any document or instrument that purports to create a lien against the person or property of Gregory Miller, Benjamin Beard, or any other federal employee, without the prior permission of the Court;

(*See* Case Number 3:06cr448/RV, doc. 112).

Although plaintiff's filing in this case does not purport to <u>create</u> a lien, it certainly represents that a valid one exists, and should therefore be stricken. *See* Fed. R. Civ. P. 12(f) (permitting the court to strike from a pleading any "redundant, immaterial, impertinent, or scandalous matter").

Accordingly, it is ORDERED:

1. The Clerk shall strike from the docket pages 5-11 of plaintiff's motion to proceed *in forma pauperis* (i.e., the State of Florida Uniform Commercial Code Financing Statement Form, number 200500731770, and UCC Financing Statement Amendment Form, number 200603109134.

    2. The Clerk shall mail a copy of this order along with a copy of plaintiff's motion to proceed *in forma pauperis* in its entirety (i.e., including the stricken portion) to Assistant United States Attorney Benjamin Beard.

    DONE AND ORDERED this 29th day of July, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**