IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**VIRGIL TALLEY,**
    **Plaintiff,**

vs.                             **CASE NO.: 3:08cv278/RV/MD**

**UNITED STATES OF AMERICA, INC., et al.,**
    **Defendants.**

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 20, 2008. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This action is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(b), and the clerk is directed to close the file.

    DONE AND ORDERED this 5th day of September, 2008.

                                                  /s/ _Roger Vinson_
                                                  **ROGER VINSON**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**