*FLN (Rev. 3/2007) Deficiency Order*  *Page 1 of 1*
*3:08cv278/RV/MD - VIRGIL TALLEY vs. UNITED STATES OF AMERICA, INC., ET AL.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

VIRGIL TALLEY

      vs                                          Case No.3:08cv278/RV/MD

UNITED STATES OF AMERICA, INC., ET AL.

## ORDER

Your document, **ACTUAL AND CONSTRUCTIVE NOTICE**, was referred to the undersigned with the following deficiencies:

      The document is not relevant to this proceeding, nor does it make any sense. Further, the filing of this document may be a continuation of a criminal offense (for which Virgil Talley has already been convicted).

For these reasons, IT IS ORDERED that the Clerk shall not file the document, but shall send the document to the United States Attorney's Office.

DONE and ORDERED this 23rd day of September, 2008.

                                            /s *Roger Vinson*
                                            SENIOR UNITED STATES DISTRICT JUDGE